
FILED
2012 May-30  AM 10:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PETER J. RUSH, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 2:12-cv-00281-VEH |
| Plaintiff, | ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) | |
| WALTER ENERGY, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |
| MICHAEL CARNEY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 2:12-cv-00829-RDP |
| Plaintiff, | ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) | |
| WALTER ENERGY, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

RENEWED STIPULATION AND [~~PROPOSED~~]
ORDER CONSOLIDATING RELATED ACTIONS

WHEREAS, a complaint was filed in this Court on January 27, 2012, captioned *Rush v. Walter Energy, Inc.*, No. 2:12-cv-00281-VEH, on behalf of a putative class of investors who purchased Walter Energy, Inc. ("Walter Energy") common stock between April 20, 2011 and September 21, 2011 (the "Class Period") against defendants Walter Energy, Keith Calder, Walter J. Scheller and Neil Winkelmann, (collectively, "Defendants") alleging violations of the Securities Exchange Act of 1934 (the "1934 Act");

WHEREAS, a second complaint was filed in this Court on March 15, 2012, captioned *Carney v. Walter Energy, Inc.*, No. 2:12-cv-0829-RDP, on behalf of the same putative class of purchasers during the same Class Period against the same Defendants for violations of the 1934 Act (*Rush* and *Carney* are collectively referred to herein as the "Related Actions");

WHEREAS, the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B)(ii), requires district courts to consolidate related actions prior to appointing a lead plaintiff;

WHEREAS, the PSLRA also requires that lead plaintiff motions be filed no later than sixty days after the publication of the PSLRA notice to class members, *i.e.*, by March 26, 2012;

WHEREAS, on March 26, 2012, movants the Government of Bermuda Contributory and Public Service Superannuation Pension Plans and Stephen C. Beaulieu, as Trustee of the Stephen C. Beaulieu Revocable Trust (the "Pension Plans

- 1 -

and Beaulieu Revocable Trust") (Dkt. No. 13) and Guillermo Naranjo ("Naranjo") (Dkt. No. 7) timely filed motions seeing consolidation of the Related Actions and appointment as lead plaintiff in accordance with the PSLRA's provisions;

WHEREAS, on April 3, 2012, the Court entered a Case Management Order denying the Naranjo Motion and the Pension Plans and Beaulieu Revocable Trust Motion "as to the consolidation issue only" (Dkt. No. 14 at 2) (emphasis omitted);

WHEREAS, all parties, including the Defendants, agree that consolidation of the Related Actions under Fed. R. Civ. P. 42(a) is appropriate as the actions involve common questions of law and fact; indeed, the Related Actions involve the same parties, events, and claims under the federal securities laws;

WHEREAS, the parties, including the Defendants, believe consolidation of the Related Actions would serve the interests of judicial and litigant economy and avoid the potential for conflicting rulings; and

WHEREAS, on May 10, 2012, counsel for Defendants entered their appearance in the Related Actions;

WHEREAS, on May 14, 2012, waivers of service of summons were filed for each Defendant in the Related Actions; and

WHEREAS, the parties agree that Defendants' appearance in this action is without prejudice to any of their defenses other than sufficiency of service of process.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiffs and all Defendants, through their respective counsel of record, that:

- 2 -

708917_1

1.      The Related Actions should be consolidated as *In re Walter Energy, Inc. Sec. Litig.*, Master File No. 2:12-cv-00281-VEH, and all documents should be filed only in Master File No. 2:12-cv-00281-VEH;

2.      The parties appointed as lead plaintiff shall file a consolidated amended complaint within forty-five (45) days of this Court's Order appointing the lead plaintiff;

3.      Defendants shall file their answer or motion to dismiss within forty-five (45) days of the filing of the consolidated amended complaint; and

4.      If a motion to dismiss is filed, the lead plaintiff shall file its opposition brief within forty-five (45) days of the filing of Defendants' motion to dismiss, and Defendants shall file their reply brief within twenty-three (23) days of the filing of Plaintiffs' opposition brief.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: *May 29 2012*

HON. VIRGINIA EMERSON HOPKINS
UNITED STATES DISTRICT JUDGE

STIPULATED AND AGREED TO:

DATED:  May 17, 2012                    WARD & WILSON, LLC
                                        PATRICK C. COOPER

                                        _____ s/ Patrick C. Cooper _____
                                        PATRICK C. COOPER

                                        2100 Southbridge Parkway, Suite 580
                                        Birmingham, AL 35209
                                        Telephone: 205/871-5404
                                        205/871-5758 (fax)

                                        ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                        SAMUEL H. RUDMAN
                                        58 South Service Road, Suite 200
                                        Melville, NY  11747
                                        Telephone:  631/367-7100
                                        631/367-1173 (fax)

                                        HOLZER HOLZER & FISTEL LLC
                                        MICHAEL I. FISTEL, JR.
                                        200 Ashford Center North, Suite 300
                                        Atlanta, GA 30338
                                        Telephone: 770/392-0090
                                        770/392-0029 (fax)

                                        DYER & BERENS LLP
                                        JEFFREY A. BERENS
                                        303 East 17th Avenue, Suite 300
                                        Denver, CO 80203
                                        Telephone: 303/861-1764
                                        303/395-0393 (fax)

                                        Counsel for Plaintiff Rush

708917_1

DATED:  May 17, 2012             WARD & WILSON, LLC
                                 PATRICK C. COOPER


                                 ___ ___ __ s/ Patrick C. Cooper ___ ___ ___
                                 PATRICK C. COOPER

                                 2100 Southbridge Parkway, Suite 580
                                 Birmingham, AL 35209
                                 Telephone: 205/871-5404
                                 205/871-5758 (fax)

                                 LAW OFFICES OF
                                 ALFRED G. YATES, JR., P.C.
                                 ALFRED G. YATES, JR.
                                 GERALD L. RUTLEDGE
                                 519 Alleghany Building
                                 429 Forbes Avenue
                                 Pittsburgh, PA 15219
                                 Telephone: 412/391-5164
                                 412/471-1033 (fax)

                                 Counsel for Plaintiff Carney

DATED:  May 17, 2012             WARD & WILSON, LLC
                                 PATRICK C. COOPER


                                 _____ s/ Patrick C. Cooper _____
                                 PATRICK C. COOPER

                                 2100 Southbridge Parkway, Suite 580
                                 Birmingham, AL  35209
                                 Telephone:  205/871-5404
                                 205/871-5758 (fax)

                                 [Proposed] Liaison Counsel

- 5 -

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
ANDREW J. BROWN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

KESSLER TOPAZ MELTZER
  &amp; CHECK, LLP
SEAN M. HANDLER
NAUMON A. AMJED
RYAN T. DEGNAN
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

[Proposed] Co-Lead Counsel for
[Proposed] Lead Plaintiffs, The Pension
Plans and Beaulieu Revocable Trust

DATED:  May 17, 2012

GENTLE, TURNER & SEXTON
DIANDRA DEBROSSE
J.J. THOMAS

  s/ Diandra Debrosse (with permission)
DIANDRA DEBROSSE

501 Riverchase Parkway East, Suite 100
Hoover, AL 35244
Telephone: 205/716-3000
205/716-3010 (fax)

- 6 -

KAHN SWICK & FOTI, LLC
KIM E. MILLER
500 Fifth Avenue, Suite 1810
New York, NY 10110
Telephone: 212/696-3730
504/455-1498 (fax)

KAHN SWICK & FOTI, LLC
LEWIS S. KAHN
CRAIG GERACI (AL Bar #3847-C62G)
206 Covington Street
Madisonville, LA 70447
Telephone: 504/455-1400
504/455-1498 (fax)

Counsel for Lead Plaintiff Movant
Guillermo Naranjo and Proposed Lead
Counsel for Class

DATED:  May 17, 2012          STARNES DAVIS FLORIE LLP
                              MICHAEL A. FLORIE (AL Bar #7356-
                              I53M)
                              JAY M. EZELLE (AL Bar #4744-Z72J)


                              _s/ Jay M. Ezelle (with permission)_
                              JAY M. EZELLE

Seventh Floor, 100 Brookwood Place
P.O. Box 598512
Birmingham, AL  35259-8512
Telephone: 205/868-6000
205/868-6099 (fax)

Counsel for All Defendants in the Related
Actions

708917_1

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 17, 2012.

s/ Patrick C. Cooper
PATRICK C. COOPER

WARD & WILSON, LLC
2100 Southbridge Parkway, Suite 580
Birmingham, AL 35209
Telephone: 205/871-5404
205/871-5758 (fax)